```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FARRAH RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S. 07-094-EFB |
| Plaintiff, | ) |
| | ) EX PARTE APPLICATION FOR |
| v. | ) TRANSPORTATION ORDER; ORDER FOR |
| | ) TRANSPORTATION. |
| FARRAH RAMIREZ, | ) |
| | ) Judge:   Hon. Edmund F. Brennan |
| Defendant. | ) |
| _____ | ) |

Application is hereby made for an Order for Transportation and subsistence allowance for defendant FARRAH RAMIREZ to enable her to attend the arraignment or preliminary hearing scheduled for April 19, 2007 at 10:00 a.m. before the Hon. Keith Strong in Great Falls, Montana. Ms. Ramirez has advised counsel that she is unable to afford to travel from Sacramento to Great Falls. She has requested that transportation be arranged for April 18, 2007, so that she will arrive in Great Falls, Montana in time to make her morning court appearance on April 19, 2007.

The court is advised that counsel have conferred about this request and government counsel, Assistant United States Attorney Heiko

1  Coppola, has stated to defense counsel that he does not oppose this
2  request.
3      WHEREFORE, in the interests of justice the court is requested to
4  "...direct the United States Marshal to arrange for [Ms. Ramirez's]
5  non-custodial transportation or furnish the fare for such
6  transportation...and an amount of money for subsistence expenses..."
7  pursuant to the just-quoted provision of 18 U.S.C. § 4285.

Dated: March 28, 2007                  Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                        /S/ Rachelle Barbour
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       FARRAH RAMIREZ

Order for Transportation/Farrah Ramirez    2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,      )<br>                              )<br> v.                           )<br>                              )<br> FARRAH RAMIREZ,              )<br>                              )<br>                              )<br>            Defendant.      )<br>                              )<br> _____) | No. Cr. S. 07-094-EFB<br><br>ORDER RE: TRANSPORTATION<br>PURSUANT TO 18 U.S.C. §4285 |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, FARRAH RAMIREZ, with transportation and authorized subsistence from Sacramento, California, to Great Falls, Montana, on **April 18, 2007,** for arraignment or preliminary hearing in the United States District Court for the District of Montana which is set for **April 19, 2007 at 10:00 a.m.**

   Ms. Ramirez is financially unable to travel to Great Falls, Montana without transportation expenses.  This request is authorized pursuant to 18 U.S.C. § 4285.

   IT IS SO ORDERED.

Dated: March 28, 2007

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

Order for Transportation/Farrah Ramirez    3